FILE COPY

# **M A N D A T E**

TO THE 357TH DISTRICT COURT of CAMERON COUNTY, GREETINGS:

Before our Court of Appeals for the Thirteenth District of Texas, on the 30th day of September, 2015, the cause upon appeal to revise or reverse your judgment between

Juan Antonio Coronado, Francisco
Soliz Ramirez, Roberto Rivera III, and
Ruben  Contreras,                                                                              Appellants,

v.

Freedom Communications, Inc. d/b/a
The Brownsville Herald and Valley
Morning Star,                                                                                        Appellees.

CAUSE NO. 13-13-00525-CV                              (Tr.Ct.No. 2008-03-1636-E)

was determined; and therein our said Court made its order in these words:

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED.  The Court orders the judgment of the trial court AFFIRMED.  Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

★ ★ ★ ★ ★ ★ ★

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Thirteenth District of Texas, in this behalf, and in all things have it duly recognized, obeyed and executed.

WITNESS, the Hon. Rogelio Valdez, Chief Justice of our Court of Appeals, with the seal thereof affixed, at the City of Edinburg, Texas this 26th day of October, 2015.

Dorian E. Ramirez, CLERK